**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Donna Njaastad

                        Plaintiff,

v.                                                   Case No.: 1:23–cv–03291

                                                         Honorable Steven C. Seeger

Electrolux AB, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 31, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The joint motion to dismiss Defendants Electrolux AB and Electrolux North America, Inc. and substitute Electrolux Home Products, Inc. (Dckt. No. [13]) is hereby granted. Defendants Electrolux AB and Electrolux North America, Inc. are hereby dismissed, and Electrolux Home Products, Inc. is hereby substituted in their place. To avoid potential confusion, Plaintiff should file an amended complaint with the right defendant. The Court grants Plaintiff leave to file an amended complaint by August 8, 2023. The Electrolux entities have agreed to waive any potential statute of limitations defense resulting from the substitution. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.